IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                                      Civ. No. 11-675

FUNDS IN THE AMOUNT OF $33,534.93
ACCOUNT NUMBER ENDING **8429
FROM BANK OF AMERICA,

FUNDS IN THE AMOUNT OF $5,118.11
ACCOUNT NUMBER ENDING **5054
FROM BANK OF AMERICA,

    Defendant,

*and*

BRICIA E. HERRERA-HERNANDEZ AND
SILVIA Q. ANAYA,

    Claimants.

## VERIFIED CLAIM

    Claimant, Bricia E. Herrera-Hernandez, hereby submits her claim as to the following property:

    a.    Funds in the amount of $33,534.93 seized from a Bank of America Account, Account Number Ending **8429

    b.    Funds in the amount of $5,118.11 seized from a Bank of America Account, Account Number Ending **5054

    Bricia Herrera-Hernandez, is one of the owners of above-referenced bank account, hereby makes claim to said bank account, and contests and objects to the proposed forfeiture of her bank account. In support of her claim, Ms. Herrera-Hernandez avers that her account was not used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Section 801 et seq.).

State of New Mexico        )
                           ) ss
County of Bernalillo       )

I, Bricia Herrera-Hernandez, being duly sworn, declare under penalty of perjury that the foregoing is true and correct.

_Bricia Herrera_
Bricia Herrera-Hernandez

Subscribed and sworn to before me by Bricia Herrera-Hernandez, this 24th day of August, 2011.

[Notary seal: OFFICIAL SEAL / BRANDON CURLL / Notary Public / State of New Mexico]

My commission expires: 2/25/14

_Notary Public_

        Respectfully Submitted,

        /s/ electronically filed

        _____
        Marcos Gonzalez
        Attorney for Bricia E. Herrera-Hernandez
        1905 Lomas Blvd, NW
        Albuquerque, New Mexico 87104
        (505) 843-9776
        (505) 213-0148 (Facsimile)

I hereby certify that a true and correct copy of the foregoing was served upon opposing counsel on August 26, 2011, by electronic delivery through the Court's CM/ECF filing system.

/s/ electronically filed
_____
Marcos Gonzalez