IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                   CIV 11-0675 LH/KBM

FUNDS IN THE AMOUNT OF $33,534.93
BANK OF AMERICA ACCT. NO. ENDING **8429,
FUNDS IN THE AMOUNT OF $5,118.11
BANK OF AMERICA ACCT. NO. ENDING **5054,

        Defendants,

BRICIA E. HERRERA-HERNANDEZ and
SYLVIA Q. ANAYA,

        Claimants.

## ORDER SETTING STATUS CONFERENCE

This matter is before the Court upon a review of the record, and having conferred with counsel about a mutually-convenient date, time, and location,

**IT IS HEREBY ORDERED** that a status conference will be in person on **Monday, June 11, 2012 at 1:30 PM.** at the United States Courthouse, 7th floor Chambers' conference room, 333 Lomas Blvd. NW, Albuquerque, NM.

                                                                   _____
                                                    UNITED STATES CHIEF MAGISTRATE JUDGE