IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      *Plaintiff*,

v.                                                Civ. No. 11-675 LH/KBM

FUNDS IN THE AMOUNT OF $33,534.93
ACCOUNT NUMBER ENDING **8429
FROM BANK OF AMERICA,

FUNDS IN THE AMOUNT OF $5,118.11
ACCOUNT NUMBER ENDING **5054
FROM BANK OF AMERICA,

      *Defendants*,
and

BRICIA E. HERRERA-HERNANDEZ,

      *Claimant.*

## UNOPPOSED MOTION FOR EXTENSION OF TIME

The United States of America, through undersigned, counsel, requests a ten-day extension of time to file a response to claimant's Motion to Dismiss Complaint (Doc. 28).

Counsel for claimant has been contacted and does not oppose.

WHEREFORE, the United States respectfully requests an extension of time from July 20, 2012, to July 30, 2012, to file such response.

                                    Respectfully submitted,

                                    KENNETH J. GONZALES
                                  United States Attorney

                                 *Electronically filed July 19, 2012*
                                 STEPHEN R. KOTZ
                                 CYNTHIA L. WEISMAN
                                 Assistant U.S. Attorneys
                                 P. O. Box 607
                                 Albuquerque, NM  87103-0607
                                 (505) 346-7274

-2-

I HEREBY CERTIFY that on July 19, 2012, I filed the foregoing electronically through the CM/ECF system, which caused counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

 *Electronically filed July 19, 2012*
STEPHEN R. KOTZ
CYNTHIA L. WEISMAN
Assistant U.S. Attorneys