IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

     *Plaintiff*,

v.

**Civ. No. 11-675 LH/KBM**

FUNDS IN THE AMOUNT OF $33,534.93
ACCOUNT NUMBER ENDING **8429
FROM BANK OF AMERICA,

FUNDS IN THE AMOUNT OF $5,118.11
ACCOUNT NUMBER ENDING **5054
FROM BANK OF AMERICA,

     *Defendants*,

*and*

BRICIA E. HERRERA-HERNANDEZ,

     *Claimant.*

**SETTLEMENT AGREEMENT AND RELEASE**

The United States and Claimant Bricia E. Herrera-Hernandez agree as follows:

1.     The United States will return **$21,441.02** of Defendant Currency, less any debt owed to the United States, any agency of the United States, or any other debt which the United States is authorized to collect from Claimant Bricia E. Herrera-Hernandez.

2.     All right, title, and interest of Claimant Bricia E. Herrera-Hernandez in the remaining **$17,212.02** of Defendant Currency will be forfeited to the United States and title thereto vested in the United States.

3.     The parties will bear their own costs and attorney's fees in this case.

4.     Entry of a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 is appropriate.

5.     The terms of Settlement Agreement and Release constitute full settlement and

satisfaction of any and all claims by Claimant Bricia E. Herrera-Hernandez to the Defendant

Currency.

6.     Claimant Bricia E. Herrera-Hernandez releases and forever discharges the United

States, including but not limited to the United States Department of Justice (DOJ), the United

States Drug Enforcement Administration (DEA), and any state or local law enforcement agency,

and their agents and employees, acting in their individual or official capacities, from any and all

claims, rights or causes of action, damages, expenses and costs, known or unknown, which she

has or may have against these government agencies and their employees and agents arising from,

related to, or as a result of, any actions with respect to the Defendant Currency.

7.     Claimant Bricia E. Herrera-Hernandez shall hold harmless the United States,

including but not limited to DOJ, DEA, and any state or local law enforcement agency, and their

agents and employees, acting in their individual or official capacities, from any and all claims,

rights or causes of action, damages, expenses and costs, known or unknown, which she or any

third parties, heirs, successors, agents, subrogees, or assigns, have or may have against these

government agencies and their employees and agents arising from, related to, or as a result of,

any actions with respect to the Defendant Currency.

STEVEN C. YARBROUGH
Acting United States Attorney


STEPHEN R. KOTZ
CYNTHIA L. WEISMAN
Assistant U.S. Attorneys
P.O. Box 607
Albuquerque, NM  87103
(505) 346-7274

2

AGREED:

Bricia Herrera                    Date 9-11-13

BRICIA E. HERRERA-HERNANDEZ
Claimant

APPROVED:

_signature_                       Date 9/11/13

ANNA C. MARTINEZ
ALBERT L. HUTCHINSON, JR.
P.O. Box 25304
Albuquerque, NM 87125
(505) 750-8005
Attorneys for Claimant Bricia E. Herrera-Hernandez