IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       *Plaintiff*,

  v.                                               **Civ. No. 11-675 LH/KBM**

FUNDS IN THE AMOUNT OF $33,534.93
ACCOUNT NUMBER ENDING **8429
FROM BANK OF AMERICA,

FUNDS IN THE AMOUNT OF $5,118.11
ACCOUNT NUMBER ENDING **5054
FROM BANK OF AMERICA,

       *Defendants*,
*and*

BRICIA E. HERRERA-HERNANDEZ,

       *Claimant.*

## CERTIFICATE OF REASONABLE CAUSE

This matter, having come before the court on plaintiff's Unopposed Motion for Entry of a 28 U.S.C. § 2465 Certificate of Reasonable Cause, the court having read the motion and being advised that claimant consents to entry of a certificate of reasonable cause, and the court being otherwise fully advised in the premises, finds that reasonable cause existed for the seizure in this case.

It is therefore ORDERED that this Certificate of Reasonable Cause be entered.

_____
SENIOR UNITED STATES DISTRICT JUDGE

1

SUBMITTED BY:


_Electronically submitted September 12, 2013_
STEPHEN R. KOTZ
CYNTHIA L. WEISMAN
Assistant U.S. Attorneys


APPROVED BY:

_Approved by email September 11, 2013_
ANNA C. MARTINEZ
ALBERT L. HUTCHINSON, JR.
Attorney for Claimant Bricia E. Herrera-Hernandez