IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      *Plaintiff*,

v.                                                                                              Civ. No. 11-675 LH/KBM

FUNDS IN THE AMOUNT OF $33,534.93
ACCOUNT NUMBER ENDING **8429
FROM BANK OF AMERICA,

FUNDS IN THE AMOUNT OF $5,118.11
ACCOUNT NUMBER ENDING **5054
FROM BANK OF AMERICA,

      *Defendants*,
and

BRICIA E. HERRERA-HERNANDEZ,

      *Claimant.*

## FINAL JUDGMENT AND ORDER OF FORFEITURE

This matter is before the Court on the Settlement Agreement and Release between the United States and Claimant Bricia E. Herrera-Hernandez. The Court has reviewed the settlement agreement and the record and is fully advised in the premises. The Court hereby Orders as follows:

1. The United States will return **$21,441.02** of Defendant Currency, less any debt owed to the United States, any agency of the United States, or any other debt which the United States is authorized to collect from Claimant Bricia E. Herrera-Hernandez.

2. All right, title, and interest in the remaining **$17,212.02** of Defendant Currency is forfeited to the United States and title thereto is vested in the United States.

3. Each party will bear its own costs and attorney's fees in this case.

_____
SENIOR UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

Electronically submitted September 12, 2013
STEPHEN R. KOTZ
CYNTHIA L. WEISMAN
Assistant U.S. Attorneys


APPROVED BY:

Approved by email September 11, 2013
ANNA C. MARTINEZ
ALBERT L. HUTCHINSON, JR.
Attorneys for Claimant Bricia E. Herrera-Hernandez